UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph D. Siewert,

Plaintiff,

v.

BFI Waste System of North America,

Defendant.

Civil No. 00-1513 DDA/FLN

**ORDER**

---

Brian E. Cote, Esq., for Plaintiff.
Daniel Q. Poretti, Esq, and Peter D. Gray, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on February 26, 2001, on Plaintiff's Motion to Compel Answers to Interrogatories and Document Requests.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Answers to Interrogatories and Document Requests [#9] is **GRANTED** as follows:

1. Insofar as the Motion pertains to Interrogatory No. 4. it is **GRANTED**;
2. Insofar as the Motion pertains to Interrogatory No. 5 it is **GRANTED**;
3. Insofar as the Motion pertains to Interrogatory No. 8 and Document Request No. 15, it is **GRANTED**. Defendant shall provide information and documents regarding workers compensation retaliation lawsuits and administrative charges it has been a party to;
4. Insofar as the Motion pertains to Interrogatory No. 10 and Document Request No. 16, it is **GRANTED**.

DATED: March 15, 2001

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 3-15-01
... DOSAL, CLERK
... 
DEPUTY CLERK________