UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph D. Siewert,

Plaintiff,

vs.

BFI Waste Systems of North America, Inc.,
a Delaware corporation,

Defendant.

DDA/FLN
Case No. 00-1513

**STIPULATION AND ORDER**

WHEREAS, pursuant to the Court's Scheduling Order of August 24, 2000, the following deadline has been established:

All dispositive motions shall be filed and scheduled for hearing prior to May 1, 2001; and

WHEREAS, pursuant to the Court's Local Rule 7.1(b)(2)(A), on April 2, 2001, defendant served plaintiff with a motion for summary judgment, a supporting memorandum and affidavits, and a proposed order; and

WHEREAS, plaintiff requests an extension of seven (7) days of the time allowed him by the Court's Local Rule 7.1(b)(2)(B) in which to serve defendant with a memorandum and affidavits in response to defendant's motion for summary judgment, and a corresponding extension of seven (7) days of the Court's aforementioned May 1, 2001, dispositive motion deadline; and

WHEREAS, defendant does not object to plaintiff's request.

4-19-01
DOSAL, CLERK

NOW, THEREFORE, the parties stipulate and agree that the Court can enter the following Order.

**COTE LAW FIRM , LTD.**

By______________________
Brian E. Cote (218819)
Cote Law Firm, Ltd.
550A Butler Square
100 North Sixth Street
Minneapolis, MN 55403
Telephone: (612) 752-2874
**Attorneys for Plaintiff**

**RIDER, BENNETT, EGAN & ARUNDEL**

By______________________
Daniel Q. Poretti (185152)
Peter Gray (025809X)
Suite 2000
333 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-7901
**Attorneys for Defendant**

**ORDER**

Upon consideration of the stipulation of the parties and the record and proceedings herein, **IT IS HEREBY ORDERED:**

1. That the following deadline shall apply in this case:

All dispositive motions shall be filed and scheduled for hearing prior to May 7, 2001.

2. That the remaining provisions of the Scheduling Order of August 24, 2000 shall be unchanged.

Franklin L. Noel
Chief Magistrate Judge

Dated: April 19, 2001.

::ODMA\PCDOCS\RIDER\665698\1