UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph D. Seiwert,

Plaintiff,

v.

BFI Waste System of North American, Inc.,

Defendant.

00cv1513 (DDA/FLN)

**ORDER**

---

The above case is on the Court's Civil Trial Calendar commencing Tuesday, September 4, 2001 in St. Paul, Minnesota.

The following pretrial schedule shall be adhered to:

1. All pretrial submissions required by Local Rule 39.1 shall be submitted with an original and two (2) copies by **Friday, August 10, 2001.**

2. All motions in limine shall be submitted to the Court by **Friday, August 10, 2001**. The response to the motions in limine shall be submitted to the Court by **Friday, August 17, 2001.**

A pretrial conference will be held on **Thursday, August 23, 2001 at 10:00 a.m.**, in Courtroom 3, 7th Floor, in St. Paul. Parties shall bring all trial exhibits to the pretrial conference.

This Order supersedes any deadline dates imposed by Local Rule 39.1.

DATED: August 2, 2001.

DONALD D. ALSOP, Senior Judge
United States District Court

AUG 02 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK