# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph D. Siewert,

v.

BFI Waste Systems Of North America, Inc., a Delaware corporation,

Case No. Civil 00-1513 DDA/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The claims of the plaintiff are dismissed with prejudice.

DATE: September 11, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

81